1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )   Case No.: CR 89-00918-RSWL
                                        )
11                     Plaintiff,       )   ORDER OF DETENTION
                                        )
12   v.                                 )   [Fed. R. Cim. P. 32.1(a)(6);
                                        )    18 U.S.C. § 3143(a)]
13   VICTOR ANDREW AGE,                 )
                                        )
14                     Defendant.       )
                                        )
15   _____)

16        The defendant having been arrested in this District pursuant to a warrant issued by

17   the United States District Court for the _Central District of California_ for alleged

18   violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

19        The Court having conducted a detention hearing pursuant to Federal Rule of

20   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

21        The Court finds that:

22   A.    (√) The defendant has not met his/her burden of established by clear and

23        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

24        3142(b) or (c).  This finding is based on _Insufficient bail resources;_

25   _nature of the underlying violations_

26   _____

27   _____

28        and/or

B.     ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _____

_____

_____

_____

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _February 17, 2012

_____
ALICIA G. ROSENBERG
United States Magistrate Judge